UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x   Index No: 0112CV06

JHONNY FRANCO ALEXANDER GARCIA,

                Plaintiff,

    -against-　　　　　　　　　　　　　　STIPULATION
　　　　　　　　　　　　　　　　　　　　　　　　**DISCONTINUING ACTION**

RICHARD EDWIN SAVAGE AND
CRETE CARRIER CORP.,

                Defendants.
------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       May 3, 2006

_____　　　　　　_____
Methfessel & Werbel　　　　　　　　　　Frederic A. Nicholson
Attorney for Defendants　　　　　　　　Attorney for Plaintiff
RICHARD EDWIN SAVAGE AND　　　　　　　 26 Court Street, Suite 2011
CRETE CARRIER CORP.　　　　　　　　　　Brooklyn, New York 11242
450 Seventh Avenue, Suite 1400　　　　 (718) 330-0577
New York, New York 10123
(212) 947-1999

                                    So Ordered.

                                  s/Raymond J. Dearie
                              RAYMOND J. DEARIE
                              UNITED STATES DISTRICT JUDGE

5/11/06